DECISIONS PER CURIAM, FROM JANUARY 25, 1921, TO AND INCLUDING MARCH 28, 1921, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. 191. S. A. McHENRY ET AL. *v.* BANKERS TRUST COMPANY ET AL. Error to the Court of Civil Appeals, First Supreme Judicial District, of the State of Texas. Argued January 28, 1921. Decided January 31, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. Don A. Bliss* for plaintiffs in error. *Mr. B. F. Louis* and *Mr. D. W. Glasscock,* for defendants in error, submitted.

---

No. 176. SUPREME LODGE OF THE KNIGHTS OF PYTHIAS *v.* SALLIE N. OVERTON. Error to the Supreme Court of the State of Alabama. Argued January 24, 1921. Decided January 31, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of the Act of September 6, 1916, c. 448, 39 Stat. 726. See *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 6. *Mr. Lawrence Cooper,* with whom *Mr. Sol H. Esarey* was on the brief, for plaintiff in error. No appearance for defendant in error.

---

No. 174. W. E. STEWART *v.* E. G. McALLISTER ET AL. Error to the Court of Civil Appeals, Fourth Supreme Judicial District, of the State of Texas. Argued January 24, 1921. Decided January 31, 1921. *Per Curiam.* Dismissed for want of jurisdiction: (1) Act of September 6, 1916, c. 448, 39 Stat. 726. (2) *Goodrich* v. *Ferris,* 214 U. S. 71, 79; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580,